UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TONY DeROUEN | CIVIL ACTION NO. 07-2235 |
| VS. | SECTION P |
| CHAD LEE, ET AL. | JUDGE ROBERT G. JAMES |
| | MAG. JUDGE KAREN L. HAYES |

# RULING

On December 26, 2007, Petitioner Tony DeRouen ("DeRouen"), acting *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On May 16, 2008, Magistrate Judge Karen L. Hayes issued a Report and Recommendation, recommending that DeRouen's petition be dismissed under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order. A copy of this Report and Recommendation was forwarded to DeRouen at the Franklin Parish Detention Center, his last known place of confinement. The Report and Recommendation was returned to the Clerk of Court on May 22, 2008, marked "RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD."

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the Magistrate Judge's Report and Recommendation was returned to the Clerk of Court as undeliverable on May 22, 2008. DeRouen failed to advise the Court of his new address by June 27, 2008. The thirty day period within which DeRouen was required to

notify the Court of his new address has expired.

Accordingly, for the foregoing reasons, together with the reasons stated in the Magistrate Judge's Report and Recommendation [Doc. No. 7], and after an independent review of the record, and determining that the findings are correct under the applicable law;

IT IS ORDERED that Derouen's civil rights action is DISMISSED WITHOUT PREJUDICE for failure to prosecute under Local Rule 41.3W and for failure to prosecute and comply with a court order under Rule 41(b) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 1st day of July, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE